UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BENEDICT MOHIT, Individually and as Trustee for Gita Nagassar Mohit Family Trust,

Plaintiff,

v. Case No. 8:26-cv-2318-JLB-SPF

CITY OF HAINES FLORIDA,

Defendant.
_______________________________________/

**ORDER**

Before the Court is *pro se* Plaintiff Benedict Mohit's Motion for Leave to File Electronically (Doc. 2). Plaintiff initiated this action on August 10, 2026. (Doc. 1). At this juncture, Plaintiff seeks leave to access the Court's CM/ECF filing system. (Doc. 2).

"*Pro se* litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29DNF, 2014 WL 169848, at *4 (M.D. Fla. Jan. 15, 2014) (denying a *pro se* plaintiff's motion to permit electronic filing where the plaintiff failed to show good cause for the requested relief); *see also Postell v. Nestle Prepared Foods Co. USA*, No. 3:18-cv-1134-J-JBT, 2019 WL 5102552, at *2 (M.D. Fla. Jan. 25, 2019) (denying *pro se* plaintiff's request for permission to file documents electronically where plaintiff's being out of state did not constitute extenuating circumstances necessitating access to CM/ECF).

Here, Plaintiff does not articulate good cause for his request, beyond stating that electronic filing "will reduce the administrative burden associated with scanning and docketing paper exhibits, and will facilitate more efficient case management for the Court and

the Clerk's Office." (Doc. 2, ¶ 5). This, however, does not constitute the type of extenuating circumstances warranting access to CM/ECF.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion for Leave to File Electronically (Doc. 2) is **DENIED**.

**ORDERED** in Tampa, Florida, on August 12, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE